# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JAMES MANNING, #2458368 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-2165-S-BK |
| U.S. FEDERAL JUDGES | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED.**

SIGNED November 22, 2023.

_____
UNITED STATES DISTRICT JUDGE